Kelvin WELLS, Plaintiff–Appellant

v.

David DIVINCENTI; Gardere
Investments, Incorporated,
Defendants–Appellees.

No. 14–30258
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 11, 2014.

Kelvin Wells, Baton Rouge, LA, pro se.

Alfred Paul LeBlanc, Jr., Esq., Phelps Dunbar, L.L.P., Baton Rouge, LA, for Defendant–Appellee.

Before HIGGINBOTHAM, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM: *

The district court remanded Plaintiff–Appellant Kelvin Wells' case to the state court from which it was removed. Because Mr. Wells has failed to present a non-frivolous issue regarding the district court's remand, we DISMISS his appeal as frivolous.[1]

Wells is WARNED that any future frivolous pleadings filed by him in this court or in any court subject to the jurisdiction of this court will subject him to sanctions. Wells should review any pending matters to ensure that they are not frivolous.

APPEAL DISMISSED AS FRIVOLOUS; SANCTION WARNING ISSUED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. See 5TH CIR R. 42.2.